IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coburn, Sharon L

Printed: 11/11/08

Case Number: 05 B 48040
Judge: Squires, John H
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 7, 2008
Confirmed: December 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 46,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 43,022.46 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 2,577.54 |
| Other Funds: |  | 0.00 |
| Totals: | 46,800.00 | 46,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 1,200.00 | 1,200.00 |
| 2. | ECast Settlement Corp | Unsecured | 1,008.20 | 1,818.33 |
| 3. | Charming Shoppes-Fashion Bug | Unsecured | 237.67 | 428.64 |
| 4. | CarMax Auto Finance | Unsecured | 2,229.75 | 4,021.46 |
| 5. | ECast Settlement Corp | Unsecured | 5,556.52 | 10,021.33 |
| 6. | Discover Financial Services | Unsecured | 4,856.53 | 8,758.98 |
| 7. | Specialized Management Consultants | Unsecured | 157.21 | 283.54 |
| 8. | Portfolio Recovery Associates | Unsecured | 163.07 | 294.11 |
| 9. | Resurgent Capital Services | Unsecured | 2,827.99 | 5,100.35 |
| 10. | World Financial Network Nat'l | Unsecured | 35.41 | 63.87 |
| 11. | ECast Settlement Corp | Unsecured | 235.47 | 424.67 |
| 12. | Resurgent Capital Services | Unsecured | 27.58 | 49.74 |
| 13. | ECast Settlement Corp | Unsecured | 2,174.33 | 3,921.46 |
| 14. | Capital One | Unsecured | 770.46 | 1,389.57 |
| 15. | Resurgent Capital Services | Unsecured | 3,574.33 | 6,446.41 |
| 16. | Household Financial Corporation | Secured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | CB USA | Unsecured |  | No Claim Filed |
| 19. | CarMax Auto Finance | Unsecured |  | No Claim Filed |
| 20. | Charter One Bank | Unsecured |  | No Claim Filed |
| 21. | Direct Merchants | Unsecured |  | No Claim Filed |
| 22. | GEMB | Unsecured |  | No Claim Filed |
| 23. | Chase National | Unsecured |  | No Claim Filed |
| 24. | Home Depot | Unsecured |  | No Claim Filed |
| 25. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 26. | HSBC Bank USA | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Coburn, Sharon L | Case Number: 05 B 48040 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/11/08 | Filed: 10/11/05 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 28. | Menards | Unsecured | | No Claim Filed |
| 29. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 30. | Newport News | Unsecured | | No Claim Filed |
| | | | $ 25,054.52 | $ 44,222.46 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 571.01 |
| 5% | 193.17 |
| 4.8% | 374.94 |
| 5.4% | 843.18 |
| 6.5% | 507.60 |
| 6.6% | 87.64 |
| | $ 2,577.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

